```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
                   BEAUMONT DIVISION
```

ROBERT EUGENE BAILEY § 

VS. § CIVIL ACTION NO. 1:04cv634

DIRECTOR, TDCJ-CID §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Robert Eugene Bailey, an inmate confined at the Telford Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the petition be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report is **ADOPTED**. A final judgment will be entered in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **1** day of **May, 2007.**

_____
Thad Heartfield
United States District Judge